JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M., an individual,<br><br>             Plaintiff,<br>vs.<br><br>COUNTY OF LOS ANGELES, a governmental entity; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 2:23-cv-02278-SVW<br><br>*Honorable Stephen V. Wilson*<br>*Magistrate Alicia G. Rosenberg*<br><br>[PROPOSED] **ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSIVE PLEADINGS TO DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS AND FOR REMAND TO LOS ANGELES COUNTY SUPERIOR COURT** |

Having read and considered the Stipulated Request for an Extension of Time for Plaintiff to File Responsive Pleadings to Defendant County of Los Angeles' Motion to Dismiss and For Remand to Los Angeles County Superior Court,

**IT IS HEREBY ORDERED** ~~that the extension of time is granted. Plaintiff may file a response no later than **May 10, 2023**, and that the new deadline for all Defendants to file a reply, if any, to the Motion to Dismiss is **May \_\_\_, 2023**.~~

~~**IT IS FURTHER ORDERED**~~ that the two federal causes of action (Violation of Civil Rights (42 U.S.C. § 1983) and Violation of Civil Rights (*Monell* Claim)) are

dismissed without prejudice and this case is hereby **REMANDED** to Los Angeles County Superior Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 21, 2023

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE